# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☒ Under Seal

| Field | Value |
|---|---|
| City | Zurich |
| County | Switzerland |
| Superseding Indictment | |
| Same Defendant | |
| Magistrate Judge Case No. | |
| Search Warrant Case No. | |
| Judge Assigned | Anthony Trenga |
| Criminal No. | 1:25-cr-00123 |
| New Defendant | Credit Suisse Services AG |
| Arraignment Date | |
| R. 20/R. 40 From | |

## Defendant Information:

- **Defendant Name:** Credit Suisse Services AG
- **Alias(es):**
- ☐ Juvenile   **FBI No.:**
- **Address:** Paradeplatz 8, Postcode 8001, Zurich, Switzerland
- **Employment:**
- **Birth Date:**   **SSN:**   **Sex:**   **Race:**   **Nationality:**
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ **Interpreter**   **Language/Dialect:**   **Auto Description:**

## Location/Status:

- **Arrest Date:**   ☐ Already in Federal Custody as of:   **in:**
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

- **Name:** Michael F. Williams, Mark Filip, Nicolas Thompson
- **Address:** 1301 Pennsylvania Avenue NW, Washington DC 20004
- **Phone:** 202-389-5000
- ☐ Court Appointed   ☒ Retained   ☐ Public Defender   ☐ Federal Public Conflicted Out
- **Counsel Conflicts:**

## U.S. Attorney Information:

- **AUSA(s):** Kimberly Shartar, Mark Daly, Nanette Davis, Marissa Brodney
- **Phone:** 703-299-3875
- **Bar No.:** Shartar-77308

## Complainant Agency - Address & Phone No. or Person & Title:

IRS- Criminal Investigation, Special Agent Jennifer Lau, 1200 1st Street NE, 4th Floor, Washington, DC 20002, 805.445.4779

| U.S.C. Citations | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2 | | | | |

**Date:** 5/2/2025   **AUSA Signature:** *[signature]*

*may be continued on reverse*