## ATTACHMENT F

## DISCLOSURE CERTIFICATION

To:    United States Department of Justice
       Tax Division
       Attention: Chief, Southern Criminal Enforcement Section

       United States Attorney's Office
       Eastern District of Virginia
       Attention: U.S. Attorney

Re:    Plea Agreement Disclosure Certification

The undersigned certify, pursuant to Paragraph 8.b(7) of the Plea Agreement ("Agreement") filed on [Date] in the United States District Court for the Eastern District of Virginia, by and between the United States Department of Justice, Tax Division ("Tax Division") and the United States Attorney's Office for the Eastern District of Virginia (collectively the "Offices") and CREDIT SUISSE SERVICES AG[1] (the "defendant"), that the undersigned are aware of the disclosure obligations under Paragraph 8.b(7) of the Agreement (including as referenced in Attachment A). The undersigned warrant that, to the best of the undersigned's knowledge and belief (including belief based on representations from others), the defendant, UBS Group AG, UBS AG, and UBS Business Solutions AG have complied with their disclosure obligations, as described in Paragraph 8.b(7) of the Agreement (including as referenced in Attachment A), which includes disclosure of evidence or allegations of conduct by the defendant and its parents and affiliates, or their respective employees, that may constitute a violation of federal criminal tax, Bank Secrecy Act, or criminal anti-money laundering laws ("Disclosable Information"). This obligation to disclose information extends to any and all Disclosable

---

[1] [Should Credit Suisse Services AG have been merged with UBS Business Solutions AG, or another entity, at the time of this disclosure certification, the successor entity will assume responsibility for signing this Certification.]

Information that has been identified through any means, including CREDIT SUISSE's and UBS's U.S. Cross-Border and tax compliance programs, whistleblower channel, internal audit reports, due diligence procedures, investigative processes, or other systems and processes, and includes all relevant information held by the defendant, or any member of the UBS Group AG, including the defendant's present and former parent companies, present and former subsidiaries, and present and former affiliated companies, regardless of the current holder of the information. The undersigned further acknowledge and agree that the reporting requirement contained in Paragraph 8.b(7) and the representations contained in this Certification constitute a significant and important component of the Agreement and the Offices' determination of whether the defendant has satisfied its obligations under the Agreement.

The undersigned hereby certify that they are respectively the Chief Executive Officer of the defendant, the Chief Executive Officer of UBS Group AG, the Chief Executive Officer of UBS AG, and the Chief Executive Officer of UBS Business Solutions AG, and that each has been duly authorized by its respective Board of Directors to sign this Certification.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of CREDIT SUISSE SERVICES AG, UBS Group AG, UBS AG, and UBS Business Solutions AG to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the Eastern District of Virginia. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the Eastern District of Virginia.

By: _____         Dated: _____
     [Chief Executive Officer]
     CREDIT SUISSE SERVICES AG


By: _____         Dated: _____
     [Chief Executive Officer]
     UBS GROUP AG


By: _____         Dated: _____
     [Chief Executive Officer]
     UBS AG


By: _____         Dated: _____
     [Chief Executive Officer]
     UBS Business Solutions AG